UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
        )
        )     No. 1:24-CR-10312
v.        )
        )
        )
LIU ZHOU        )

## **DEFENDANT'S MOTION TO CONDUCT SENTENCING HEARING AS A REMOTE HEARING**

Now comes counsel for the defendant before this Honorable Court and respectfully moves that this Court conduct the final sentencing hearing in this matter remotely, via Zoom. As reasons and grounds therefore, counsel states that the defendant has paid a fine in the amount of $10,000 and those funds have been received by the Court. As the funds have been received by the Court, consistent with this Court's discussion at the lobby conference with the parties in connection with the defendant's June 11, 2026, Sentencing hearing, the defendant respectfully seeks that this final proceeding on August 5, 2026, be conducted via Zoom so that he may appear remotely from Canada, where he resides.

Respectfully submitted,

**Liu Zhou,**

by his attorney,

*/s/ Jason Benzaken*

Jason Benzaken, Esq.
Benzaken, Sheehan & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*jbenzaken@bmswlaw.com*

Dated:  August 3, 2026

## Certificate of Service

I hereby certify that a copy of this motion has been served upon counsel for the United States and all registered parties by CM/ECF.

*/s/ Jason Benzaken*

Dated: August 3, 2026

2